| | | | |
|---|---|---|---|
| In the Interest of: J.P. & K.P. | 763 MDA 2016 Affirmed | 09/27/2016 | CP–67–DP–0000560–2006 CP–67–DP–0000561–2006 (York) |
| Com. v. Smith | 1967 WDA 2014 Affirmed | 09/27/2016 | CP–61–CR–0000733–2007 (Venango) |
| Jones v. Ott | 930 WDA 2015 Affirmed | 09/27/2016 | 2010–2490 (Cambria) |
| Com. v. Geyer | 1149 WDA 2015 Affirmed | 09/27/2016 | CP–02–CR–0013412–2010 (Allegheny) |
| Com. v. Rozier | 1239 WDA 2015 Affirmed, Vacated and Remanded | 09/27/2016 | CP–02–CR–0012727–2013 (Allegheny) |
| Com. v. Pampena | 1656 WDA 2015 Affirmed | 09/27/2016 | CP–02–CR–0005832–2015 (Allegheny) |
| Com. v. Deep | 1862 WDA 2015 Affirmed | 09/27/2016 | CP–63–CR–0001722–2005 (Washington) |
| Com. v. Cox | 375 WDA 2016 Affirmed | 09/27/2016 | CP–02–CR–0010907–2003 (Allegheny) |
| Com. v. Tinoco | 3006 EDA 2014 Reversed, Vacated and Remanded | 09/28/2016 | CP–15–CR–0000914–2013 CP–15–CR–0000924–2013 (Chester) |
| Com. v. McNeill | 1260 EDA 2015 Reversed and Remanded | 09/28/2016 | CP–46–CR–0007632–2014 (Montgomery) |
| Com. v. Williams | 2329 EDA 2015 Affirmed | 09/28/2016 | MC–51–CR–0038600–2014 (Philadelphia) |
| Renzulli v. Renzulli | 2514 EDA 2015 Quashed | 09/28/2016 | March Term, 2011, No. 003016 (Philadelphia) |
| Karakelian v. LaVine | 3470 EDA 2015 Affirmed | 09/28/2016 | PACSES No. 018113330 (Delaware) |
| In the Interest of: T.W.P. | 3511 EDA 2015 Affirmed | 09/28/2016 | CP–51–AP–0000204–2014 (Philadelphia) |
| In The Interest of: Z.F. | 3520 EDA 2015 Affirmed | 09/28/2016 | CP–51–AP–0000203–2014 (Philadelphia) |
| In The Interest of: J.R.F. | 3522 EDA 2015 Affirmed | 09/28/2016 | CP–51–AP–0000205–2014 (Philadelphia) |